# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO FLORES, | ) |
| Plaintiff, | ) Case No. 2:14-cv-01866-GMN-VCF |
| vs. | ) **ORDER RE:  SCHEDULING EARLY NEUTRAL EVALUATION SESSION** |
| MANDALAY CORP., | ) |
| Defendant. | ) |

The Court currently has scheduled an ENE session for February 10, 2015, at 10:00 a.m., which the Court hereby **CONTINUES** to February 18, 2015, at 10:00 a.m.  All other requirements of the Court's order at Docket No. 10 continue to apply.

IT IS SO ORDERED.

Dated: January 12, 2015.

_____
Nancy J. Koppe
United States Magistrate Judge