# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ANTONIO FLORES,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MANDALAY CORP.,<br><br>　　　　　　Defendant. | 2:14-cv-01866-GMN-VCF<br><br>**<u>ORDER</u>** |

　　　Before the court is *Antonio Flores v. Mandalay Corp.*, case no. 2:14-cv-01866-GMN-VCF. A discovery plan and scheduling order has not been filed pursuant to Local Rule 26-1.

　　　IT IS HEREBY ORDERED that a discovery hearing is scheduled for 10:00 a.m., February 9, 2015, in courtroom 3D. The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

　　　Dated this 26th day of January, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE