# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ANTONIO FLORES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MANDALAY CORP.,<br><br>　　　　　Defendant. | 2:14-cv-01866-GMN-VCF<br>**ORDER** |

The parties have filed a discovery plan and scheduling order in compliance with Local Rule 26-1.

Accordingly,

IT IS HEREBY ORDERED that the hearing scheduled for 10:00 a.m., February 9, 2015 is VACATED.

DATED this 4th day of February, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE